In the Matter of the Application of XENIA B. KERNAN, Respondent, for a Writ of Habeas Corpus to Inquire into the Cause of Detention of HELENE KERNAN. WILLIAM F. KERNAN, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 247 App. Div. 664.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

CHARLOTTE E. SIMMS and C. HARRY SNELL, Respondents, v. THE FOLTS MISSION INSTITUTE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

LOCKPORT EXCHANGE TRUST COMPANY, Respondent, v. GERALD L. HYDE and Others, Defendants, and G. A. HYDE, Appellant.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals granted. [See ante, p. 668.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BUDD BOYER, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent. — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

RUTH EUTO, Plaintiff, v. (AMERICAN) LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

OLIVER J. CABANA, JR., and Others, Appellants, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

GENESEE VALLEY NATIONAL BANK AND TRUST COMPANY OF GENESEO, Respondent, v. EDWIN B. COLLISTER, Appellant.— Motion for stay pending the hearing and determination of motion for leave to appeal to the Court of Appeals, granted, and in case such leave to appeal is granted the stay is continued pending the hearing and determination of the appeal, provided the bond given is to that effect. [See ante, pp. 671 and 681.] Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Estate of JOHN E. WALSH, Deceased.— Motion to amend order entered May 13, 1936, so as to award costs on reversal, granted. [See ante, p. 673.] Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LAURENCE H. RUTLAND, Respondent, v. HENRY F. THURSTON, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied; stay granted pending the determination by Court of Appeals for leave to appeal. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.